# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TREVOR C. BURTTON,

            Plaintiff,

v.

CHAPLAIN HASAN HAKEEM,

            Defendant.

Case No. 19-CV-35-JPS

**ORDER**

      Plaintiff proceeds in this action *pro se*, alleging that Defendant violated Plaintiff's right to freely exercise his religion. (Docket #7). At the time this case was filed, Plaintiff was incarcerated at the Kenosha County Jail. The Court sent him an order on February 4, 2019 regarding the wavier of his initial partial filing fee. (Docket #6). That order was not returned to the Court as undeliverable. However, when the Court issued its screening order one month later, the order was returned as undeliverable and with no forwarding address available. Thus, it appears that Plaintiff has left the Kenosha County Jail. The Court has no idea where he now resides.

      The Court is left, then, with no ability to contact Plaintiff, and the Court has received no communications from him since the case was originally filed in January 2019. General Local Rule 5(a)(4) requires *pro se* parties like Plaintiff to keep the Court apprised of their contact information. Civil Local Rule 41(c) provides for dismissal of actions which are not being diligently prosecuted by a plaintiff. Applying these rules together to Plaintiff's case, this action must be dismissed without prejudice.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 5th day of April, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge